IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SOLID GOLD CASINO HOTEL &
RESORT OF TUNICA, INC.,

    Plaintiff,

v.                                                      Docket No. 02-2863 BA

TOD MILES, individually, JACQUELINE
CRISWELL, individually, TRESSLER,
SODERSTROM, MALONEY
& PRIESS, and MBBG TRUST,

    Defendants.

---

### [PROPOSED] ORDER GRANTING JOINT MOTION FOR MODIFICATION OF THE SCHEDULING ORDER

This Court, having heard the parties' Joint Motion for Modification of the Scheduling Order, finds that good cause exists for a continuance of the trial date and that the motion should be granted.

It is, therefore, ORDERED, ADJUDGED, AND DECREED that the current trial setting of November 7, 2005 shall be continued, and the Court will hold a Scheduling Conference to set a new trial date, if necessary, after the Court has ruled on the pending motions for summary judgment.

                        U.S. DISTRICT COURT JUDGE

                        DATE: Sept 19, 2005

FILED BY ___ D.C.
05 SEP 19 AM 10:28
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-20-05

M KLR 901990 v1
2643250-000767 09/14/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



## Notice of Distribution

This notice confirms a copy of the document docketed as number 123 in case 2:02-CV-02863 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

R. Mark Glover
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Kristine L. Roberts
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Bobby M. Leatherman
LEATHERMAN LAW OFFICE
1661 International Place Dr.
Ste. 400
Memphis, TN 38120

William C. Sessions
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Scottie O. Wilkes
KYLES & ASSOCIATES, PC
200 Jefferson Avenue
Ste. 850
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT