IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 OCT -4  AM 9: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

SOLID GOLD CASINO HOTEL &
RESORT OF TUNICA, INC.,

    Plaintiff,

v.

Docket No. 02-2863 B

TOD MILES, individually, JACQUELINE
CRISWELL, individually, TRESSLER,
SODERSTROM, MALONEY
& PRIESS, and MBBG TRUST,

    Defendants,

---

### [PROPOSED] ORDER GRANTING DEFENDANTS' JOINT UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT

---

Upon motion by Defendants Tod Miles, Jacqueline Criswell, and Tressler Soderstrom Maloney & Priess (collectively, "Defendants"), for permission to file their Reply Memorandum in Support of their Motions for Summary Judgment, and good cause having been shown,

It is therefore ORDERED that Defendants are permitted to file their Reply Memorandum in Support of their Motions for Summary Judgment.

IT IS SO ORDERED.

_____
United States District Judge

July 31, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-5-05

M KLR 783357 v1
2643250-000767 07/25/05

(124)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 124 in case 2:02-CV-02863 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Scottie O. Wilkes
KYLES & ASSOCIATES, PC
200 Jefferson Avenue
Ste. 850
Memphis, TN 38103

Kenneth R. Shuttleworth
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Kristine L. Roberts
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

R. Mark Glover
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Bobby M. Leatherman
LEATHERMAN LAW OFFICE
1661 International Place Dr.
Ste. 400
Memphis, TN 38120

William C. Sessions
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Honorable J. Breen
US DISTRICT COURT